UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BATES DRUG STORES, INC.,<br><br>                Plaintiff,<br><br>     v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States, United States Department of Justice; MICHELLE M. LEONHART, Administrator Drug Enforcement Administration, United States Department of Justice; and DRUG ENFORCEMENT ADMINISTRATION, United States Department of Justice,<br><br>                Defendants. | NO. CV-11-0167-EFS<br><br>**ORDER DISMISSING LAWSUIT AND CLOSING FILE** |

    On November 28, 2011, Plaintiff Bates Drug Stores, Inc. filed a Plaintiff's Notice of Dismissal Without Prejudice Pursuant to LR 41.1. ECF No. 43.  Plaintiffs state that Defendants have not served an answer, counterclaim, or motion for summary judgment, and notifies the Court that it is voluntarily dismissing this lawsuit pursuant to Local Rule 41.1(a).

    Based on Plaintiff's notice, **IT IS HEREBY ORDERED:**

    1.   This lawsuit is **DISMISSED without prejudice.**

    2.   All deadlines and hearings are hereby **STRICKEN.**

//

/

ORDER ~ 1

1      3.  This file shall be **CLOSED**.

2      **IT IS SO ORDERED.**  The District Court Executive is directed to enter

3 this Order and to provide copies to all counsel.

4      **DATED** this   30th   day of November 2011.

5

6                                     s/Edward F. Shea

7                                       EDWARD F. SHEA
                                 United States District Judge

26  Q:\Civil\2011\167.vol.dismiss.lc2.wpd

ORDER ~ 2